UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 10-2875-White

UNITED STATES OF AMERICA

vs.

CESAR EDUARDO PINEDA

   Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __x__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __x__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
Richard C. Jacobs, Esq.
SPECIAL ASSISTANT U.S. ATTORNEY
Florida Bar No. 305730
99 N. E. 4th Street
Miami, Florida  33132-2111
TEL (305) 961-9444
FAX (305) 536-4699

United States District Court

___SOUTHERN___ DISTRICT OF ___FLORIDA___

UNITED STATES OF AMERICA

V.

CESAR EDUARDO PINEDA,

**CRIMINAL COMPLAINT**

CASE NUMBER: 10-2875-White

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about May 20, 2010, in Miami-Dade County, in the Southern District of Florida, the defendant, CESAR EDUARDO PINEDA, an alien, having previously been removed from the United States, was found to be in the United States, knowingly and unlawfully, without the Attorney General or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557) having expressly consented to such alien's reapplying for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Deportation Officer with the U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations (ICE-ERO), and that this complaint is based on the following facts:

On or about May 20, 2010, the Criminal Alien Program Unit, ICE-ERO received information that CESAR EDUARDO PINEDA, had been arrested by the Miami Police Department and was being held in the Miami-Dade County Jail. During booking, the defendant's fingerprints were submitted through FBI and immigration databases. As a result, ICE-ERO confirmed on May 20, 2010 that CESAR EDUARDO PINEDA had been previously removed. Further database checks revealed that CESAR EDUARDO PINEDA was an alien and not a citizen of the United States, but was a native and citizen of Honduras. Other computer records revealed specifically that CESAR EDUARDO PINEDA had been removed from the United States on December 21, 2002. A search of the records maintained by the United States Citizenship and Immigration Service also disclosed that CESAR EDUARDO PINEDA had never sought to apply for permission from the United States Attorney General or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557) in order to return and apply for admission into the United States after having been removed.

_____
James Gamboa, Deportation Officer
U.S. Immigration and Customs Enforcement - ERO

Sworn to before me, and subscribed in my presence,

June 21, 2010                                at      Miami, Florida
Date                                                 City and State

PATRICK A. WHITE
UNITED STATES MAGISTRATE JUDGE                       _____
Name and Title of Judicial Officer                   Signature of Judicial Officer